## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 12, 2020

By ECF

The application is ✓ granted.
___ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 11\16\2020
New York, New York 10007

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Amir Meiri*
      **15 Cr. 627 (ER)**

Dear Judge Ramos:

    I write with the consent of the government and the probation department to respectfully request permission for Mr. Meiri to drive his mother from New York City to Florida in December 2020, or January 2021, whenever she secures a residence, where she intends to stay until approximately May 2021 and to visit her on holidays.

    Mr. Meiri resides in New York City and is currently subject to supervised release and has been compliant with all conditions. As Your Honor may recall, Ms. Meiri suffers from several chronic debilitating conditions including Systemic Lupus erythematosus which require personal assistance as attested to in the attached letter from her treating physician. *See*, Exhibit A.

    Mr. Meiri seeks permission after he has established his mother in Florida to return periodically as needed to further assist her during the pendency of her stay. The probation department does not consent to travel other than on holidays and for the initial set-up. The government defers to Probation on this additional request. Mr. Meiri will advise his Probation Officer in advance of his visits indicating the dates of travel.

      This request is made to obviate the need to seek judicial intervention on each occasion of travel. Mr. Meiri will advise his Probation Officer in advance of his visits indicating the dates of travel.

Very truly yours,

James Roth, Esq.

cc:    AUSA Sheb Sweet
        USPO Ogunmefun Godwin