UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

AMIR MEIRI,

Defendant.

**ORDER**

15 Cr. 627-2 (ER)

R AMOS, D.J.:

By letter-motion filed on November 12, 2020, Defendant Amir Meiri requested permission to travel from New York City to Florida to assist his mother as she moves to a new residence; to visit her on holidays; and to return periodically as needed to further assist her during the pendency of her stay. Doc. 756. That application was granted on November 17, 2020. Doc. 760.

Upon recommendation of the United States Probation Office, Mr. Meiri will be required to obtain leave from the United States Probation Office prior to any future travel.

It is SO ORDERED.

Dated:   November 19, 2020
         New York, New York

EDGARDO RAMOS, U.S.D.J.