UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

| United States of America | Proposed Order of Restitution |
| v. | 15 Cr. 627 (ER) |
| AMIR MEIRI, HERZEL MEIRI, SAMANTHA BOUBERT, CHRISTINE MAHARAJ, and OWEN REID, | |
| Defendants. | |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jessica Greenwood, Sheb Swett, and Andrew Thomas, Assistant United States Attorneys, of counsel; AMIR MEIRI's conviction on Count One of the above Indictment, the plea agreement executed by AMIR MEIRI and the November 20, 2018 sentencing of AMIR MEIRI, see ECF Doc. 510; HERZEL MEIRI's conviction on Count One of the above Indictment, the plea agreement executed by HERZEL MEIRI and the August 30, 2018 sentencing of HERZEL MEIRI, see ECF Doc. 423; SAMANTHA BOUBERT's conviction on Count One of the above Indictment, the plea agreement executed by SAMANTHA BOUBERT and the December 1, 2015 sentencing of SAMANTHA BOUBERT, see ECF Doc. 288; CHRISTINE MAHARAJ's conviction on Count One of the above Indictment, the plea agreement executed by CHRISTINE MAHARAJ and the March 1, 2018 sentencing of CHRISTINE MAHARAJ, see ECF Doc. 282;  and OWEN REID's conviction on Counts One of the above Indictment, the plea agreement executed by Owen Reid and the February 27, 2019 sentencing of OWEN REID, see ECF Doc. 554; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** The Defendants shall pay restitution to the victims of the offenses charged in 15 Cr. 627 in the amounts set forth below in Table 1, until the total amount of $9,695,924.94 is paid to the victims of the offenses listed in the attached schedule of victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto.

**2. Joint and Several Liability.** Each defendant's liability for restitution shall be joint and several with that of each other defendant ordered to make restitution for the offenses in this matter. Each defendant's liability for restitution shall continue unabated until either that defendant has paid the full amount of restitution set forth in Table 1, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendants in this matter.

*Table 1*

| Defendant | Defendant Restitution Amount |
|---|---:|
| Amir Meiri | $6,469,291.41 |
| Samantha Boubert | $2,000,000.00 |
| Christine Maharaj | $2,000,000.00 |
| Owen Reid | $2,000,000.00 |
| Herzel Meiri | $6,000,000.00 |

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

  September 7, 2021  

_____
UNITED STATES DISTRICT JUDGE

> The Clerk of Court is respectfully directed to terminate the motion.  Doc. 815.