UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-

HERZEL MEIRI and AMIR MEIRI,

                    Defendants.
------------------------------------------------------------------X
PETERMARK II LLC,

                    Third-Party Petitioner,

(Re: Specific Property: 2146-2148 Fulton Street,
Brooklyn, New York) Asset ID: 18-FBI-0032875
------------------------------------------------------------------X

**ORDER**

15-cr-627 (ER)

Hon. Edgardo Ramos

## WRIT OF ASSISTANCE

        Upon endorsed letter application dated July 11, 2022 [ECF No. 866] of Petermark II LLC as third-party petitioner ("Petermark") to allow access to the premises known as 2146 and 2148 Fulton Street, Brooklyn, New York, Block 1151, Lots 52 and 53 ("Premises") to enable Petermark's appraiser to perform an interior inspection of the Premises; and

        Upon the order of the Court (Ramos, USDJ) dated July 26, 2022 (ECF No. 868) granting said access to Petermark's appraiser; and

        Upon the letter application of Petermark dated September 19, 2022, seeking a Writ of Assistance to authorize the U.S. Marshall obtain access to the Premises to allow Petermark's appraiser to perform an interior inspection of the Premises, and after due deliberation and sufficient cause shown therefore, it is hereby:

        ORDERED, that, effective immediately, the U.S. Marshal is authorized and directed to assist Petermark, its counsel, Butler, Fitzgerald, Fiveson & McCarthy, P.C. and/or its

appraiser to take any and all necessary actions including, but not limited to, the use of reasonable force to enter and remain in the Premises to allow Petermark's appraiser to perform an interior inspection thereof; and it is further

ORDERED, that Petermark shall hold harmless any and all of the Law Enforcement Agencies utilized in the enforcement of the Order and their employees from any and all claims, asserted in any court or tribunal, arising from any acts, incidents, or occurrences in connection with the enforcement of this order, including third-party claims; and it is further

ORDERED, that anyone interfering with the execution of this Order is subject to arrest by the U.S. Marshal or any other of the Law Enforcement Agencies utilized in the enforcement of this Order and/or its representative.

Dated: New York, New York
November 11, 2022

_____
Hon. Edgardo Ramos
United States District Judge