UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>AMIR MEIRI,<br>                                    Defendant. | **ORDER TO WITHDRAW FINAL ORDER OF FORFEITURE**<br><br>S4 15-cr-627 (ER) |

Ramos, D.J.:

On February 23, 2023, the Government filed a letter motion requesting that the Court enter a Final Order of Forfeiture in this matter. Doc. 894. The Government provided a supporting declaration indicating that no petitions to contest the forfeiture as to the property at issue, 78 Clermont Street, Brooklyn, NY 11205, had been filed or made, and the statutory time periods for doing so had expired. Doc. 895 ¶ 6. Accordingly, the Court issued the Final Order of Forfeiture as to the property. Doc. 896.

Subsequently, on February 24, 2023, the Government filed a letter motion requesting that the Court withdraw the Final Order of Forfeiture. Doc. 897. It indicated that "[t]he Government's declaration and proposed order failed to include the City of New York's petition regarding the property, which has not been resolved." *Id.* Accordingly, the Government indicated that it would engage in further discussions with the City regarding the disposition of the matter.

Given these developments, the Final Order of Forfeiture issued on February 23, 2023, is hereby WITHDRAWN, Doc. 896.

It is SO ORDERED.

Dated: February 24, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.