UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA         :     **FINAL ORDER OF FORFEITURE**
:
      -v.-                                       :     S4 15 Cr. 627 (ER)
:
AMIR MEIRI,                               :
:
      Defendant.                        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about April 16, 2018, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 292), which ordered the forfeiture to the United States of all right, title and interest of AMIR MEIRI (the "Defendant") in, among other things, the following property:

    a. Any and all funds on deposit in TD Bank Account Number 430-9639437, held in the name of Launch Development Corporation (listed as item number 31);

    b. Any and all funds on deposit in TD Bank Account Number 426-031570, held in the name of Launch Development LLC (listed as item number 32);

    c. Any and all funds on deposit in TD Bank Account Number 427-7344126, held in the name of Homeowner Assistance Services of NY Inc. (listed as item number 33);

    d. Any and all funds on deposit in TD Bank Account Number 431-315456, held in the name of HAR Property Management LLC (listed as item number 34); and

    e. $442,345.85 held in escrow by Joseph DeGaetano, Esq. (listed as item number 35)

(a. through e. collectively, the "Specific Property");

        WHEREAS, on or about April 16, 2018, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Herzel Meiri Preliminary Order

of Forfeiture") (D.E. 293), which ordered the forfeiture to the United States of all right, title and interest of HERZEL MEIRI in, among other things, the Specific Property;

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 3, 2018 for thirty (30) consecutive days, through June 1, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 30, 2019 (D.E. 574);

WHEREAS, between September 26, 2018 and November 30, 2018, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

  a. Launch Development LLC, 531 Halsey St, Brooklyn, NY 11233;
  b. Launch Development LLC, 157 Lenox Rd, Brooklyn, NY 11226;
  c. Launch Development LLC, 2146-2148 Fulton St, Brooklyn, NY 11233;
  d. Launch Development LLC, 329 Beach 45th St, Far Rockaway, NY 11691;
  e. Launch Development LLC, 454 Willoughby, Brooklyn, NY 11206;
  f. Launch Development LLC, 69 Horatio St - Unit 2F, New York, NY 10014;
  g. Launch Development LLC, 11 Cooper Street, Brooklyn, NY 11216;
  h. Launch Development LLC, 189-10 Hillside Avenue, Hollis, NY 11423;
  i. Launch Development LLC, 3637 Holland Avenue, Bronx, NY 10567; and
  j. Launch Development LLC, 541 Lafayette Avenue, Brooklyn, NY 11205

(collectively, the "Noticed Parties").

WHEREAS, on or about October 17, 2018, Petermark II LLC and Advill Capital LLC (collectively, "Petitioners-1") filed a petition for a hearing to adjudicate the validity of their claims to certain property listed in the Preliminary Order of Forfeiture, including the Specific Property (D.E. 439);

WHEREAS, on or about October 25, 2018, Zion Hamo, Jacob Samra and Orly Samra (collectively, "Petitioners-2") filed a petition for a hearing to adjudicate the validity of their claims to certain property listed in the Preliminary Order of Forfeiture, including the Specific Property (D.E. 445);

WHEREAS, on or about March 4, 2019, the Government moved to dismiss the claims of Petitioners-1 and Petitioners-2 with respect to the Specific Property only (D.E. 546);

WHEREAS, on or about February 2, 2024, the Court entered an Order dismissing the petitions of Petitioners-1 and Petitioners-2 as to the Specific Property (D.E. 922);

WHEREAS, no other petitions to contest the forfeiture of the Specific Property have been filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods for doing so, as set forth in Title 21, United States Code, Section 853(n)(2), have expired;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property following the Court's disposition of all petitions filed under Title 21, United States Code, Section 853(n);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       February 13, 2024

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE