UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

HERZEL MEIRI and AMIR MEIRI,

                Defendants.

**ORDER**

15 Cr. 627 (ER)

Ramos, D.J.:

        In an opinion dated October 17, 2024, the Court granted a third-party forfeiture petition filed by Samuel Nyamekye and Nyamekye Holding Corp. with respect to 2146-2148 Fulton Street and a third-party forfeiture petition filed by Vincent Holmes with respect to 644 Chauncey Street. Doc. 994. The Court directed the parties to meet and confer and submit proposed final orders of forfeiture by October 24, 2024.

        The parties are hereby directed to include counsel for the City of New York in those meet-and-confer discussions and to attempt to resolve the City's asserted interests in the properties. *See* Doc. 887. The parties should advise the Court if they have not been able to reach an agreement by October 24, 2024.

It is SO ORDERED.

Dated:   October 18, 2024
             New York, New York

                                              EDGARDO RAMOS, U.S.D.J.