UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

– *against* –

HERZEL MEIRI and AMIR MEIRI,

Defendants.

**ORDER**

15 Cr. 627 (ER)

RAMOS, D.J.:

The parties have advised the Court that some hearing exhibits filed on the docket contain sensitive information and should be placed under seal. Accordingly, the Clerk of Court is respectfully directed to seal Docs. 976-4, 977-6, 977-7, and 981-7. The parties are directed to file redacted versions of those documents on the docket by October 31, 2024.

It is SO ORDERED.

Dated:    October 24, 2024
          New York, New York

EDGARDO RAMOS, U.S.D.J.