**MEMO ENDORSED**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

AMIR MEIRI,

             Defendant.

--------------------------------------------------------------X

PETERMARK II LLC, ADVILL CAPITAL LLC,
SAMUEL NYAMEKYE, AND NYAMEKYE HOLDING
CORP.,

             Petitioners.

--------------------------------------------------------------X

**STIPULATION AND
ORDER**

Case No. S4 15-cr-627 (ER)

Hon. Edgardo Ramos

     **WHEREAS,** on October 17, 2024, the Court granted the third-party forfeiture petition of Samuel Nyamekye and Nyamekye Holding Corp. with respect to the 2146-2148 Fulton Street, Brooklyn, NY 11233 (the "Fulton Street Property") (Doc. 994), and denied the petitions of Petermark II LLC ("Petermark") and Advill Capital LLC;

     **WHEREAS,** on September 5, 2025, the Court entered the Amended Final Order of Forfeiture as to Specific Property regarding the Fulton Street Property (Doc. 1029);

     **WHEREAS,** on May 26, 2026, the Court entered the Third Amended Final Order of Forfeiture as to Specific Property regarding the Fulton Street Property (Doc. 1050);

     **WHEREAS,** on June 9, 2026, Petermark filed a Notice of Appeal (Doc. 1051) to the Second Circuit (Case No. 26-1607);

     **WHEREAS,** on June 15, 2026, Petermark filed a pre-motion conference request seeking leave to move for a stay of the Third Amended Final Order of Forfeiture (Doc. 1052); and

WHEREAS, the Parties, through their respective counsel, wish to resolve the stay issue by agreement and hereby stipulate as follows:

1.    **Nyamekye Holding Corp.'s Obligations Pending Appeal.** Pending a determination by the Second Circuit on Petermark's appeal (2d Cir. No. 26-1607), which shall be perfected by October 7, 2026s, Nyamekye Holding Corp. shall not:

(a)    Sell, transfer, or otherwise convey title to the Fulton Street Property; or

(b)    For 60 days from the date of this Stipulation encumber or place any lien upon the Fulton Street Property;

(c)    Upon the expiration of 60 days from the date of this Stipulation, the prohibition on encumbrances shall remain in effect, but shall be terminable by either Party, upon 14 day notice, to be e-filed, without prejudice to Petermark's making an application to extend the stay;

2.    **Petermark's Obligations.** In consideration of the foregoing, Petermark agrees to:

(a)    Withdraw its pre-motion conference request (Doc. 1052) to move for a stay of the Court's Third Amended Final Order of Forfeiture (Doc. 1050); and

(b)    Refrain from seeking a stay of the Third Amended Final Order of Forfeiture pending the resolution of the pending appeal, unless and until this order is terminated, if ever, pursuant to subsection 1(c) hereinabove.

3.    **Duration and Termination.** This Order remains in effect until the earliest of: (a) determination by the Second Circuit of Petermark's appeal; (b) Petermark's failure to perfect as stated in paragraph 1; (c) termination of this Stipulation as to encumbrances only pursuant to subsection 1(c) hereinabove, or (d) further order of this Court.

4.    **Jurisdiction.** The Court retains jurisdiction to interpret and enforce this Order.

5.    **Counterparts.** This Order may be executed in counterparts, each deemed an original.

IT IS SO STIPULATED.

Dated: __6 17__, 2026

BUTLER, FITZGERALD & FIVESON, P.C.

By: _____
David K. Fiveson
271 Madison Avenue, Suite 1000
New York, NY 10016

Counsel for Petitioner Petermark II LLC

Dated: __6/18__, 2026

NIXON PEABODY LLP

By: _____
Richard Jay Shore
55 W. 46th Street
New York, NY 10036

Counsel for Samuel Nyamekye and Nyamekye Holding Corp.

IT IS SO ORDERED:

_____

Dated:  June 22, 2026
         New York, New York

_____
Honorable Edgardo Ramos
United States District Judge for the Southern District of New York

Further, the premotion conference scheduled for June 25, 2026 is adjourned.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: June 22, 2026
New York, New York

-3-