UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

AMIR MEIRI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S4 15 Cr. 627 (ER)

WHEREAS, on or about April 16, 2018, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 292), which ordered the forfeiture to the United States of all right, title and interest of AMIR MEIRI (the "Defendant") in, *inter alia*, the following property:

i. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1602 East 49th Street, Brooklyn, NY

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 3, 2018 for thirty consecutive days, through June 1, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 30, 2019 (D.E. 574);

WHEREAS, on or about September 26, 2018, notice of the Preliminary Order of Forfeiture was sent by certified mail, to:

a. Junior S. Beckford, Brooklyn, NY 11234;

b. Junior S. Beckford, Brooklyn, NY 11238;

c. Horatio Management LLC, 1602 E. 49th Street, Brooklyn, NY 11234;

d. One West Bank FSB, 145 Huguenot St., New Rochelle, NY 10801;

e. City of New York Environmental Control Board, 100 Church Street, New York, NY 10007;

f. NY State Department of Taxation and Finance, WA Harriman State Campus, Albany, NY 12227;

g. NY State Department of Taxation and Finance, 400 Oak Street, Garden City, NY 11530; and

h. City of New York Transit Adjudication Bureau, 130 Livingston Street, Brooklyn, NY 11201;

(a. through h., collectively, the "Noticed Parties");

WHEREAS, on or about November 8, 2018, Deutsche Bank National Trust Company, as Trustee for IndyMac IMSC Mortgage Loan Trust 2007-F3, Mortgage Pass-Through Certificates Series 2007-F3 care of Ocwen Loan Servicing, LLC (collectively, "Deutsche Bank") filed a verified petition with this Court claiming an interest in the Specific Property (D.E. 465);

WHEREAS, on or about March 24, 2021, Junior Beckford ("Beckford") filed a verified petition with this Court claiming an ownership interest in, among other things, the Specific Property (D.E. 779);

WHEREAS, on or about October 12, 2022, The City of New York, on behalf of its agencies and related entities (collectively, the "City") filed a verified petition with this Court claiming an interest in, among other things, the Specific Property (D.E. 887);

WHEREAS, on or about November 10, 2025, the Court entered a Stipulation and Order wherein the Petitioners Deutsche, Beckford, and the City agreed to withdraw their respective petitions (D.E. 1032);

WHEREAS, no other petitions to contest the forfeiture as to the Specific Property have been filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods for doing so, as set forth in Title 21, United States Code, Section 853(n)(2), have expired;

WHEREAS, the Specific Property is more accurately described as follows:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located 1602 East 49th Street, Brooklyn, NY, Lot 74, Block 7846, in the records of County of Kings, City and State of New York, and in the full legal description attached hereto as Exhibit 'A'

(the "Forfeited Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property following the Court's disposition of all petitions filed under Title 21, United States Code, Section 853(n);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeited Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
October 14, 2026

SO ORDERED:

HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

EXHIBIT A

LEGAL DESCRIPTION:
All that certain plot, piece or parcel or land with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York bounded and described as follows:

Beginning at a point on the westerly side of East 49th Street, distant 570 feet southerly from the corner formed by the intersection of the westerly side of East 49th Street with the southerly side of Avenue “L”; Running thence westerly parallel with Avenue “L”, 100 feet; Thence southerly, parallel with East 49th Street, 30 feet; Thence easterly parallel, Avenue “L”, 100 feet to the westerly side of East 49th Street; Thence northerly, along the westerly side of East 49th Street, 30 feet to the point or place of BEGINNING.

Property Address: 1602 East 49th Street, Brooklyn, NY 11234
PARCEL ID/APN: 3-07846-0074/0